AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jesus Hernandez Daniel | ) | Case No. |
| | ) | 7:21-MJ-061 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**

February 17, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _M. Ramirez_
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____02/16/2021_____ in the county of _____Midland_____ in the
_____Western_____ District of _____Texas_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S. Code 912 | False impersonation of an Officer of the United States |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

Attested to by applicant pursuant to Rule
4.1 of Fed. R. Crim. P. by phone & email.

_/s/ Michael Sykes_
*Complainant's signature*

Michael Sykes DUSM
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____02/17/2021_____

*Judge's signature*

City and state:  _____Midland, TX_____

Ronald Griffin, Magistrate Judge
*Printed name and title*

AFFIDAVIT

United States of America
v.
Jesus Hernandez Daniel                    7:21-MJ-061

Affiant, Michael Sykes, being duly sworn, do hereby depose and state that I am a Deputy United States Marshal (DUSM) for the Western District of Texas and authorized to enforce the laws of the United States of America, including but not limited to,  investigations with the primary purpose of  locating and apprehending federal fugitives and investigations under the purview of the United States Marshal Service and the United States Department of Justice

Affiant has been employed with the United States Marshals Service since July 2018, where I attended the Federal Law Enforcement Training Center in Brunswick, Georgia for Criminal Investigator School and Basic Deputy Training for approximately 21 weeks.

Beginning on or about January 1, 2021, and continuing until February 16, 2021, in Midland County, within the Western District of Texas, Jesus Hernandez Daniel falsely assumed the identity of a Federal Agent in an attempt to gain a thing of value in violation of Title 18, United States Code, Section 912.

At approximately 1400 on February 16, 2021, Jesus Hernandez Daniel approached the offices of the field division of the Federal Bureau of Investigation (FBI) in Midland located at 1004 N Big Spring in Midland Texas. Daniel attempted to leave documents at the office for FBI Agents identifying himself as a Deputy United States Marshal in the employ of the Department of Justice. Agents have Observed Daniel on and around their property for the past six weeks periodically leaving notes for Agents to retrieve. Agents confronted Daniel in an attempt to identify him and when asked about his intentions Daniel presented a small badge similar in design to issued credentialed badges of the United States Marshal Service. Daniel then stated that he was a Deputy US Marshal and demanded access to FBI office space and government vehicles. FBI Agents at the office contacted the Supervisory Deputy United States Marshal (SDUSM) of the Midland Division, Brent Sheets, and advised him of the Subject claiming to be a Deputy US Marshal. SDUSM Sheets advised Agents that the Subject is not employed and has never been in the employ of either the United States Marshal Service or the United States Department of Justice.

SDUSM Sheets arrived at the FBI field office and attempted to speak to the Subject. Daniel stated to SDUSM Sheets that he was employed by the Department of Justice and that he was a Deputy United States Marshal employed by the United States Marshal Service assigned to the Midland Division. Daniel Stated that he was at the location to perform a compliance check on the FBI field office. SDUSM Sheets informed Daniel that he was the Supervisory Deputy for all employees of the United States Marshal Service in the Midland area of operations and that he has no record of his employment. Daniel then told SDUSM Sheets to ''Shut up''.

Affiant requests a complaint be issued for Daniel for a violation of 18 USC 912-False impersonation of an Officer of the United States. The punishment range for this offense is confinement for a period not to exceed three years, a term of up to three years of supervised release, a fine not to exceed $250,000, and a special assessment of $100.


_____/s/ Michael Syke_____                        _____02/17/2021_____
AFFIANT, Michael Sykes, DUSM                                 Date

Subscribed and sworn to before me on February 17, 2021        Attested to by applicant pursuant to Rule
                                                              4.1 of Fed. R. Crim. P. by phone & email.


_____
Ronald Griffin
UNITED STATES MAGISTRATE JUDGE